# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LaFace Records LLC,**
et al,                                              CASE NUMBER: 5:08cv704

            Plaintiff(s),                           (NPM/DEP)

       vs.

**Marc Emmanuel Theodore,**

            Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED**, the plaintiff's Motion for Default Judgment is GRANTED.  The defendant shall pay damages to plaintiffs for infringement of copyrights in the total sum of Three Thousand Dollars ($3,000.00), and it is further

       **ORDERED AND ADJUDGED**, the defendant shall further pay plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00), and it is further,

       **ORDERED AND ADJUDGED**, defendant shall be enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law of any sound recording now in existence or later created, that is owned or controlled by the plaintiffs. Defendant shall destroy all copies of plaintiffs' recordings that defendant has downloaded onto any computer, hard drive or server without plaintiffs' authorization, and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

       All of the above pursuant to the order of the Honorable Judge McCurn, dated the 31st day of March, 2009.

DATED: April 2, 2009

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Marie N. Marra
Deputy Clerk